

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- |
| v. | : | DATE FILED: |
| VICTOR UZOR | : | VIOLATIONS:<br>18 U.S.C. § 1349 (conspiracy to commit wire fraud - 1 count)<br>18 U.S.C. § 1343 (wire fraud - 1 count)<br>18 U.S.C. § 1028A (aggravated identity theft – 1 count)<br>18 U.S.C. § 1956(h) (conspiracy to commit money laundering – 1 count)<br>18 U.S.C. § 2 (aiding & abetting)<br>Notices of Forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. From in or about January 2019 to on or about the date of this indictment, in Doylestown, in the Eastern District of Pennsylvania, and elsewhere, defendant

**VICTOR UZOR**

conspired and agreed with others unknown to the grand jury, to knowingly devise and intend to devise a scheme to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme to defraud, to knowingly cause wire communications to be transmitted in interstate and foreign commerce, in violation of Title 18, United States Code, Section 1343.

### MANNER AND MEANS

It was part of the conspiracy that:

2. Defendant VICTOR UZOR obtained false identity documents using

personal identifying information of people living in the United States.

3. Defendant VICTOR UZOR opened bank accounts using those false identity documents.

4. Other members of the conspiracy sent fraudulent e-mails to victim companies pretending to be legitimate vendors. In these emails, the other members of the conspiracy fraudulently induced the victim companies to transfer funds to the bank accounts opened by defendant VICTOR UZOR using the false identity documents.

5. After receiving the stolen funds, defendant VICTOR UZOR quickly withdrew the funds from the bank accounts before the fraud could be detected. Defendant UZOR withdrew the funds using checks, prepaid debit cards, and other means.

6. Defendant VICTOR UZOR and other members of the conspiracy stole over $1 million from victim companies.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

    1.    Paragraphs 2 through 6 of Count One are incorporated here.

    2.    On or about April 10, 2020, in the Eastern District of Pennsylvania and elsewhere, defendant

**VICTOR UZOR,**

with others unknown to the grand jury, for the purpose of executing the scheme to defraud described in the paragraphs incorporated in paragraph 1 of this Count, attempting to do so, and aiding and abetting its execution, caused to be transmitted by means of wire communication in interstate and foreign commerce certain writings, signs, signal, picture and sounds, that is, an electronic payment of $37,336.00 made by Victim Company 1 to a bank account opened by defendant Uzor, transmitted from the Eastern District of Pennsylvania to Texas.

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 10, 2020, in the Eastern District of Pennsylvania, defendant

**VICTOR UZOR**

knowingly and without lawful authority, used and possessed a means of identification of another person, that is, the name of M.K., and aided and abetted the use and possession, during and in relation to wire fraud.

In violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(5) and 2.

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

    1.       Paragraphs 2 through 6 of Count One are incorporated here.

    2.       From January 1, 2019, through on or about the date of this indictment, in the Eastern District of Pennsylvania and elsewhere, defendant

### VICTOR UZOR

conspired and agreed with persons unknown to the grand jury, to knowingly conduct or attempt to conduct a financial transaction, knowing that the monetary instrument or funds represented the proceeds of some form of unlawful activity and with the knowledge that the transactions were designed, in whole and in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity, specifically wire fraud, in violation of Title 18, United States Code, Section 1343, all in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

    In violation of Title 18, United States Code, Section 1956(h).

## NOTICE OF FORFEITURE No.1

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 1343 and 1349 as set forth in this indictment, defendant

**VICTOR UZOR**

shall forfeit to the United States of America any property that constitutes, or is derived from, proceeds traceable to the commission of such offenses, including, but not limited to, the sum of $1.1 million.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), both incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

## NOTICE OF FORFEITURE No. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 1956 set forth in this indictment, defendant

**VICTOR UZOR**

shall forfeit to the United States of America any property, real or personal, involved in such violation, and any property traceable to such property.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b),

7

incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

VICTOR UZOR

## INDICTMENT

Counts

18 U.S.C. § 1349 (conspiracy to commit wire fraud - 1 count)
18 U.S.C. § 1343 (wire fraud - 1 count)
18 U.S.C. § 1028A (aggravated identity theft – 1 count)
18 U.S.C. § 1956(h) (conspiracy to commit money laundering – 1 count)
18 U.S.C. § 2 (aiding & abetting)
Notices of Forfeiture

A true bill

_____

Filed in open court this ___9___ day,
of ___March___ A.D. 20 23

_____
Clerk

Bail, $ _____